[No. 24007–2–I. Division One. July 23, 1990.]

McCARTHY & CO. WINE MERCHANTS, INC., *Appellant,*
v. THE CITY OF SEATTLE, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–3–07312–4, Edward Heavey, J., entered July 7, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Scholfield, J.

[No. 24124–9–I. Division One. July 23, 1990.]

*In the Matter of the Marriage of* ARNOLD
WOLL, *Appellant, and* EDITH A.
WOLL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–3–08960–1, James D. McCutcheon, Jr., J., entered April 17, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Baker, J.

[No. 9803–6–III. Division Three. July 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BARRY
D. SCOBY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 88–1–00166–1, James R. Thomas, J., entered January 12, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson, J., and McInturff, J. Pro Tem.